**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br><br>COMPLIANCE WITH ELECTRONIC<br>CASE FILING REGISTRATION<br>REQUIREMENTS | Misc. No. 06-34 |

<u>PETITION TO SHOW CAUSE</u>

NOW COMES M. Evan Corcoran, Esquire, and files his Petition to Show Cause as to why he should not be stricken as counsel of record in matters pending before this Court for failure to comply with the Electronic Case Filing Policies and Procedures, and in support thereof states as follows:

1.  Petitioner is an attorney in good standing before the Courts of the Commonwealth of Virginia and the District of Columbia, and is also a member in good standing of the United States District Courts for the Eastern District of Virginia, District of Columbia, and District of Maryland.

2.  Petitioner is an attorney with the law firm of Wiley Rein & Fielding LLP, 1776 K Street, NW, Washington, DC 20006, (202) 719-7000.

3.  By Order dated March 23, 2006, Petitioner was admitted to this Court *pro hac vice* in connection with his representation of defendant DMJM & Harris in the matter captioned *United States Department of Transportation*

*ex rel. Arnold v. CMC Engineering, et al.*, No. 03-CV-1580-TMH, currently pending before this Court.

4.    Petitioner represented defendant DMJM & Harris in cooperation with attorneys admitted to practice before this Court, Daniel L. Rivetti, Esq. and Dennis St. John Mulvihill, Esq., both of the law firm of Robb Leonard Mulvihill, 2300 One Mellon Center, Pittsburgh, PA 15219, (412) 281-5431.

5.    Messrs. Rivetti and Mulvihill submitted all documents filed on behalf of DMJM & Harris in the above-captioned matter electronically, in compliance with the Court's Electronic Case Filing Policies and Procedures.

6.    DMJM & Harris was voluntarily dismissed as a defendant in the above-captioned matter by stipulation of the plaintiff dated May 26, 2006. DMJM & Harris was terminated as a party effective May 30, 2006.

7.    Therefore, the only party represented by Petitioner in this Court has been terminated from the above-captioned matter, and Petitioner is no longer active in that case.

8.    Petitioner has provided DMJM & Harris with a copy of the Court's July 26, 2006 Order requiring the filing of this Petition, and has advised DMJM & Harris that should the Court deny this Petition, Petitioner may be stricken as counsel of record in the above-captioned matter.

**WHEREFORE**, Petitioner respectfully requests that his appearance not be stricken in the matter pending before this Court in which Petitioner served as counsel of record, and that he not be required to register as an Electronic Case Filing user, with the understanding that should he become counsel of record in another matter pending before this Court, he will promptly register as an ECF user.

Respectfully submitted,

M. Evan Corcoran (*pro hac vice*)
WILEY REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Attorney for Defendant DMJM &
Harris in matter No. 03-CV-1580-
TMH.

Dated: August 15, 2006